# Exhibit 2

# U.S. Patent No. 8,666,033

*"Provision of Private Information to Voice Telephone Call Parties"*

**Infringement Claim Chart — PolyAI voice-agent platform (Agent Studio / Agent Builder, Agent Memory, hosted telephony and agent runtime)**

| | |
|---|---|
| **Patent** | U.S. Patent No. 8,666,033 (the "'033 Patent") |
| **Title** | Provision of Private Information to Voice Telephone Call Parties |
| **Inventor** | Michael H. Script |
| **Assignee** | In2capital Technologies, LLC (assignment recorded Apr. 30, 2026, Reel/Frame 074529/0806) |
| **Filed / Priority** | Jan. 26, 2007 (App. No. 11/627,520) / Jan. 26, 2007 |
| **Issued** | Mar. 4, 2014 |
| **Accused Party** | PolyAI Limited and PolyAI Technologies Inc. (collectively, "PolyAI") |
| **Accused Instrumentality** | PolyAI voice-agent platform (Agent Studio / Agent Builder, Agent Memory, hosted telephony and agent runtime) |

This chart demonstrates that PolyAI's voice-agent platform — the hosted telephony and agent runtime that PolyAI operates to answer inbound customer telephone calls, together with the Agent Studio / Agent Builder tooling, Agent Memory, the start and end functions, conv.caller_number and the API, CRM, booking and payment integrations used to build and run those agents (collectively, the "PolyAI Platform") — practices each limitation of claims 1, 2, 4–6, 8–10, 12–14 and 16 of U.S. Patent No. 8,666,033 (the '033 Patent). The PolyAI Platform is operated for and sold to customers in the United States: PolyAI operates a U.S. session border controller (sbc.sip.us.poly.ai), [S28] provisions U.S. telephone numbers with user-selected area codes, [S24] supports forwarding from U.S. and Canadian carriers such as Verizon Business, RingCentral and Vonage, [S26] maintains a New York office at 1178 Broadway, [S11] [S32] and publishes case studies of U.S. deployments for Fogo de Chão, PG&E and Golden Nugget. [S4] [S5] [S6] PolyAI's Terms of Service identify PolyAI Limited as the contracting entity, and its Privacy Policy identifies PolyAI Technologies Inc. as its U.S. affiliate. [S9] [S10]

PolyAI's developer documentation establishes the operation relied on below: an inbound call reaches PolyAI's hosted agent runtime over SIP or a PolyAI-provisioned number; when the conversation begins, and before the greeting plays, PolyAI runs a start_function that reads the caller's telephone number (conv.caller_number) and the Agent Memory record keyed to that number (conv.memory), optionally queries the customer's CRM or booking system, and returns an utterance that replaces the standard greeting — for example, acknowledging the caller's previous order and offering to repeat it; during the call, functions write caller-specific data to conv.state, and at the end of the call the designated state keys are committed to Agent Memory for retrieval on the caller's next call. [S12] [S13] [S14] [S16]

**Claim 1**

| Claim Language | Evidence of Infringement — PolyAI Platform |
|---|---|
| **1[pre]** In a voice telephone communication apparatus, a system for providing private information content to a voice telephone call party, comprising: | To the extent the preamble is limiting, the PolyAI Platform is a system, implemented in a voice telephone communication apparatus, for providing private information content to a voice telephone call party. PolyAI operates a hosted voice telephone apparatus: regional session border controllers (including sbc.sip.us.poly.ai for the United States) accept inbound SIP calls over TLS or UDP with SRTP media, with the caller's telephone number carried in the SIP From header and the dialed extension routing the call to the appropriate agent. [S28] Clients reach that apparatus by buying a PolyAI-provisioned number, connecting their existing Twilio numbers, or connecting their contact-center platform over SIP, and every route terminates on the same PolyAI agent runtime. [S23] The call party is the inbound caller; PolyAI's Privacy Policy describes the service as processing data of individuals who contact PolyAI's clients by telephone. [S10] The platform provides private information content to that caller: the agent greets a returning caller with the caller's own previously stored booking or order details, [S12] and in deployed systems gives callers their own account, outage, reservation and loyalty information. [S5] [S6] [S7] |
| **1[a]** an information store adapted to hold information content on behalf of said call party; | PolyAI's Agent Memory is an information store adapted to hold information content on behalf of the call party. Agent Memory is a persistent key-value store that lets an agent remember a returning caller across separate conversations; each record is keyed to the caller's telephone number, which is set automatically from the call; values are stored as JSON-encoded strings; only keys listed in the agent's state_keys configuration are persisted; and the data is retained for the customer's contracted retention period and then deleted. [S12] The conv object exposes this store to the agent's code as conv.memory, defined as the dictionary of memory fields previously stored for the caller and |

| Claim Language | Evidence of Infringement — PolyAI Platform |
|---|---|
| | retrieved from Agent Memory, with the lookup keyed on the caller's number (or an integration user ID). [S14] Within a call, conv.state is a further store that retains values across turns of the conversation. [S15] PolyAI's conv.history object, by contrast, is limited to the current conversation, confirming that Agent Memory is the cross-call store for caller data. [S31]<br><br>The PolyAI Platform additionally holds caller-specific content in the customer record systems it is integrated with and queries on the caller's behalf — CRM, ticketing, booking and payment systems reached through the agent's configured APIs (for example, conv.api.crm.get_customer), Salesforce customer records, OpenTable reservations and Stripe charges looked up by the caller's phone number. [S19] [S20] [S21] [S22] |
| **1[b]** an information gatherer adapted to gather information that is private to said call party and add it to said information store as part of said information content; and | The PolyAI Platform's functions and end-of-call memory commit are an information gatherer adapted to gather information private to the call party and add it to the information store. During a call, a function gathers caller-specific information and writes it to conv.state (for example, a book_delivery function storing the caller's booking_day and cheese_type, or a collect_name function storing caller_name); at the end of the conversation, after the end function runs, every key listed in state_keys is committed to the caller's Agent Memory record, with patch semantics so that each call adds or updates keys without erasing those saved on earlier calls (one call saves cheese_type, a later call saves booking_day, and both are returned on the next lookup). [S12] PolyAI's compliance notes acknowledge that the stored fields are personal data of the caller and that clients must update their privacy notices accordingly. [S12]<br><br>The start_function also gathers the caller's telephone number into state (conv.state.phone_number = conv.caller_number) and reads carrier-supplied SIP headers and integration attributes about the caller, [S13] and functions gather the caller's number into customer records, for example by creating a booking whose contact_phone is conv.caller_number. [S18] The end_function reads everything stored on conv.state and pushes structured call summaries to the client's CRM or ticketing system, creates tickets and updates lead records, [S16] and the Salesforce integration retrieves customer records, creates cases and updates records during the call. [S20] PolyAI |

| **Claim Language** | **Evidence of Infringement — PolyAI Platform** |
|---|---|
| | describes functions generally as Python scripts that look up records, call external APIs and write to a CRM. [S17] |
| **1[c]** an information presenter adapted to retrieve said information content from said information store and present it to said call party in response to said call party initiating a voice telephone call. | The PolyAI Platform's start_function and greeting mechanism, together with the agent's text-to-speech voice channel, are an information presenter adapted to retrieve the stored content and present it to the call party in response to the call party initiating a voice telephone call. The start_function runs when a conversation begins and before the greeting plays; it is synchronous, so the greeting waits for it; it can read conv.caller_number to personalize the greeting or preload account context, make API calls, and override the configured greeting by returning an utterance dictionary that replaces the channel greeting. [S13] PolyAI's returning-caller example implements exactly this: the start_function calls conv.memory.get() for booking_day and cheese_type and, if both exist, returns an utterance acknowledging the caller's previous booking and asking whether to book again; a companion example checks conv.memory for caller_name and greets the caller by name, falling back to the standard greeting otherwise. [S12] The greeting is the first thing the agent says when it answers the call, [S29] so the stored private content is presented to the caller as a direct consequence of the caller placing the call.<br><br>The caller's number used to key the retrieval is supplied by the call itself: conv.caller_number is the caller's identifier and carries the incoming E.164 number on inbound calls, [S14] PolyAI's PSTN-forwarding guidance requires the carrier to pass caller ID through so that the agent sees the caller's number, [S26] and the SIP trunking documentation shows the caller's number in the From header of the INVITE. [S28] PolyAI's hotel deployments likewise recognize returning and loyalty guests from the property-management system and personalize the greeting accordingly, [S7] [S8] and stored values are injected into the agent's prompts as $variables so that retrieved content can be spoken throughout the call. [S15] |

**Claim 2**

| **Claim Language** | **Evidence of Infringement — PolyAI Platform** |
|---|---|
| **2** A system in accordance with claim 1, wherein said communication apparatus comprises one of a mobile telephone, a land-line telephone, a computer having voice communication capability, or an entity within a telephone network. | The PolyAI Platform includes the limitations of claim 1 for the reasons stated above. The communication apparatus comprises an entity within a telephone network: PolyAI operates session border controllers and SIP/RTP servers on static IP addresses, including a U.S. SBC at sbc.sip.us.poly.ai, that accept calls from carriers and contact-center platforms over SIP trunks; [S28] PolyAI purchases and manages telephone numbers (including U.S. numbers by area code) and routes them to the agent; [S24] [S27] and PolyAI receives calls forwarded by the client's carrier from the client's existing public number so that callers keep dialing the same number. [S26] Each environment exposes main and fallback SIP addresses that the client pastes into its carrier configuration. [S25] The PolyAI runtime that answers the call is therefore a network-side telephony entity and, equivalently, a computer having voice communication capability. |

**Claim 4**

| **Claim Language** | **Evidence of Infringement — PolyAI Platform** |
|---|---|
| **4** A system in accordance with claim 1, wherein said information gatherer is adapted to determine an information priority level. | The PolyAI Platform includes the limitations of claim 1 for the reasons stated above. The information gatherer determines an information priority level for stored content. Agent Memory's repeat-caller analytics record, for each caller, REPEAT_CALLER_HANDOFF_REASON and REPEAT_CALLER_HANDOFF_TO — whether and why the caller's earlier interaction was handed off to a human — and PolyAI identifies call recovery as a permitted use of the stored memory, so that an unresolved prior contact is flagged for elevated handling on a subsequent call; and the state_keys configuration itself determines which gathered fields are elevated to persistent, cross-call memory versus discarded at call end. [S12] In PolyAI's hotel deployments, the agent recognizes the caller's loyalty status from the property-management system and uses it to personalize greetings, handoffs and prioritization for that guest, [S8] [S7] and the Golden Nugget deployment applies loyalty membership levels and business rules to callers. [S6] |

**Claim 5**

| Claim Language | Evidence of Infringement — PolyAI Platform |
|---|---|
| **5** A system in accordance with claim 4, wherein said information presenter is adapted to determine whether immediate presentation of said information is required due to said information having a requisite priority level. | The PolyAI Platform includes the limitations of claim 4 for the reasons stated above. The start_function determines, before the greeting plays, whether stored information must be presented immediately: PolyAI's example tests whether the caller's memory record contains the requisite fields (booking_day and cheese_type, or caller_name) and, only if it does, overrides the standard greeting with the stored content as the agent's first utterance; otherwise the default greeting plays. [S12] [S13] Loyalty-status recognition in PolyAI's hotel deployments likewise drives whether the guest receives a personalized greeting and prioritized handling at the outset of the call. [S8] |

**Claim 6**

| Claim Language | Evidence of Infringement — PolyAI Platform |
|---|---|
| **6** A system in accordance with claim 1, wherein said information presenter is adapted to present said information either prior to or following said telephone call being connected. | The PolyAI Platform includes the limitations of claim 1 for the reasons stated above. The stored information is presented following the call being connected: the agent's greeting is the first thing the agent says after answering the call, optionally preceded by a disclaimer and a ringing tone, [S29] and the start_function's personalized utterance is delivered as that greeting at the start of the conversation. [S13] Where the call is later transferred to a human agent, the information is presented prior to that connection: the agent speaks a pre-handoff utterance and passes context from conv.state in X- SIP headers before completing the SIP REFER or INVITE transfer. [S30] |

**Claim 8**

| Claim Language | Evidence of Infringement — PolyAI Platform |
|---|---|
| **8** A system in accordance with claim 1, further including a transaction initiator adapted to initiate | The PolyAI Platform includes the limitations of claim 1 for the reasons stated above. The PolyAI Platform includes a transaction initiator — the agent's functions and API integrations — that initiates a transaction on behalf of the caller based on the presented information. In PolyAI's |

| Claim Language | Evidence of Infringement — PolyAI Platform |
| --- | --- |
| a transaction on behalf of said call party based on said information presentation. | returning-caller example, the agent presents the caller's stored prior booking, asks whether to book again, and the book_delivery function then writes the new booking. [S12] PolyAI's functions are used to book, cancel or modify reservations, [S17] conv.api calls create bookings with the caller's number as the contact phone, [S18] the OpenTable integration creates reservations with the caller's name and phone number (U.S. default country code), [S21] the Stripe integration confirms payment status and initiates refunds for charges located by the caller's phone or email, [S22] the Salesforce integration creates cases and updates records, [S20] and the end_function schedules confirmation SMS messages, callbacks and tickets. [S16] PolyAI's home-page demonstration shows an agent identifying the caller and moving his existing Saturday reservation to a new time, [S1] and its U.S. deployments book OpenTable reservations and enroll callers in a loyalty program (Fogo de Chão) and book hotel rooms with payment (Golden Nugget). [S4] [S6] |

**Claim 9**

| Claim Language | Evidence of Infringement — PolyAI Platform |
| --- | --- |
| **9[pre]** A method implemented in a voice telephone communication apparatus for providing private information content to a voice telephone call party, comprising: | PolyAI performs this method each time its hosted runtime answers an inbound call, as shown for claim 1[pre] above. PolyAI itself operates the session border controllers, number routing and agent runtime on which every step below executes. [S28] [S23] [S13] |
| **9[a]** holding information content in an information store on behalf of said call party; | PolyAI holds information content on behalf of the caller in Agent Memory, keyed to the caller's telephone number and retained for the contracted retention period, and in conv.state during the call, as shown for claim 1[a] above. [S12] [S14] [S15] |
| **9[b]** gathering information that is private to said call party and adding it to said information store as part of said information content; and | PolyAI gathers caller-private information through its functions, writes it to conv.state, and commits the configured state_keys to the caller's Agent Memory record at the end of each call, as shown for claim 1[b] above. [S12] [S13] [S16] [S18] |

| Claim Language | Evidence of Infringement — PolyAI Platform |
| --- | --- |
| **9[c]** retrieving said information content from said information store and presenting it to said call party in response to said call party initiating a voice telephone call. | PolyAI retrieves the caller's stored content in the start_function (conv.memory.get) when the inbound call begins and presents it to the caller as the agent's greeting, as shown for claim 1[c] above. [S12] [S13] [S29] |

**Claim 10**

| Claim Language | Evidence of Infringement — PolyAI Platform |
| --- | --- |
| **10** A method in accordance with claim 9, wherein said communication apparatus comprises one of a mobile telephone, a land-line telephone, a computer having voice communication capability, or an entity within a telephone network. | PolyAI performs the method of claim 9 for the reasons stated above, and does so in an entity within a telephone network — its SIP session border controllers, number routing and agent runtime — as shown for claim 2 above. [S28] [S24] [S26] |

**Claim 12**

| Claim Language | Evidence of Infringement — PolyAI Platform |
| --- | --- |
| **12** A method in accordance with claim 9, wherein a priority level of said information is determined. | PolyAI performs the method of claim 9 for the reasons stated above and determines a priority level of the stored information, as shown for claim 4 above. [S12] [S8] |

**Claim 13**

| Claim Language | Evidence of Infringement — PolyAI Platform |
| --- | --- |
| **13** A method in accordance with claim 12, wherein an immediate presentation of said information is made upon said information being determined to have a requisite priority level. | PolyAI performs the method of claim 12 for the reasons stated above and makes an immediate presentation of the stored information as the agent's first utterance when the start_function determines the requisite fields are present, as shown for claim 5 above. [S12] [S13] |

**Claim 14**

| Claim Language | Evidence of Infringement — PolyAI Platform |
| --- | --- |
| **14** A method in accordance with claim 9, wherein said information is presented either prior to or following said telephone call being connected. | PolyAI performs the method of claim 9 for the reasons stated above and presents the information following connection of the call (as the greeting) and prior to any transfer to a human agent, as shown for claim 6 above. [S29] [S13] [S30] |

**Claim 16**

| Claim Language | Evidence of Infringement — PolyAI Platform |
| --- | --- |
| **16** A method in accordance with claim 9, further including initiating a transaction on behalf of said call party based on said information presentation. | PolyAI performs the method of claim 9 for the reasons stated above and initiates transactions on behalf of the caller — bookings, rebookings, refunds, case creation and confirmation messages — based on the presented information, as shown for claim 8 above. [S12] [S17] [S18] [S21] [S22] [S16] |

**Sources**

All sources were publicly available and accessed on the dates indicated. Bracketed source numbers in the chart refer to this list.

| No. | Source | Description |
|---|---|---|
| [1] | https://poly.ai/<br>Accessed Oct. 27, 2026 | PolyAI home page — enterprise voice AI; 100M+ calls per year; SIP/TLS and SRTP; integrations; restaurant demo (agent identifies caller and changes a booking); customer logos |
| [2] | https://poly.ai/agent-studio/<br>Accessed Oct. 27, 2026 | PolyAI Agent Studio / Agent Builder product page — build, test and deploy voice agents to live calls; no-code and Agent Development Kit; Twilio / Five9 / NICE / Verizon Business / Salesforce integrations |
| [3] | https://poly.ai/customers/<br>Accessed Oct. 27, 2026 | PolyAI customers page — customer list and use-case categories (account management, authentication, call routing, billing and payments, booking and reservations, order management) |
| [4] | https://poly.ai/customers/fogodechao<br>Accessed Oct. 27, 2026 | PolyAI case study, Fogo de Chão (U.S.) — agent answers 100% of guest calls, books reservations through OpenTable, enrolls callers in loyalty program |
| [5] | https://poly.ai/customers/pge<br>Accessed Oct. 27, 2026 | PolyAI case study, PG&E (California) — outage line agent gives location-based outage and restoration information, handles billing questions, authenticates customers |
| [6] | https://poly.ai/files/polyai-golden-nugget-case-study<br>Accessed Oct. 27, 2026 | PolyAI case study, Golden Nugget (U.S.) — hotel reservations by phone including payment; loyalty |

| No. | Source | Description |
|---|---|---|
| | | membership levels and business rules; works with hotel PBX |
| [7] | https://poly.ai/industries/hotels<br>Accessed Oct. 27, 2026 | PolyAI hotels industry page — PMS integration; recognition of returning guests; personalized messages; access to guest profiles and bookings |
| [8] | https://poly.ai/blog/how-three-hotel-chains-are-automating-front-desk-pbx-and-concierge-calls<br>Accessed Oct. 27, 2026 | PolyAI blog — hotel deployments; loyalty-status recognition personalizes greetings, handoffs and prioritization |
| [9] | https://poly.ai/terms-of-service/<br>Accessed Oct. 27, 2026 | PolyAI Terms of Service — contracting entity PolyAI Limited (England and Wales), 3 Sheldon Square, London; multi-channel conversational transaction service |
| [10] | https://poly.ai/privacy-policy/<br>Accessed Oct. 27, 2026 | PolyAI Privacy Policy — PolyAI Limited and U.S. affiliate PolyAI Technologies Inc.; processing of data of individuals who contact clients by phone; U.S. data transfers |
| [11] | https://poly.ai/contact/<br>Accessed Oct. 27, 2026 | PolyAI contact page — New York office (1178 Broadway) and London office |
| [12] | https://docs.poly.ai/tools/classes/agent-memory.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, Agent Memory — persistent key-value store keyed to the caller's phone number; conv.memory read API; state_keys persistence; returning-caller greeting example |
| [13] | https://docs.poly.ai/tools/start-tool.md | PolyAI developer documentation, Start tool — start_function runs before the greeting; reads |

| No. | Source | Description |
|---|---|---|
| | Accessed Oct. 27, 2026 | conv.caller_number; personalizes or overrides the greeting by returning an utterance |
| [14] | https://docs.poly.ai/tools/classes/conv-object.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, conv object — caller_number, callee_number, channel_type, conv.memory (memory fields previously stored for the caller), conv.state, sip_headers |
| [15] | https://docs.poly.ai/tools/variables.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, variables — conv.state persists across turns; built-in from_/to/call_sid; $variable injection into prompts |
| [16] | https://docs.poly.ai/tools/end-tool.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, End tool — end_function runs on every completed call; pushes call data to CRM/ticketing; schedules follow-ups |
| [17] | https://docs.poly.ai/tools/introduction.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, Tools introduction — functions as Python scripts for record lookups, API integrations, CRM writes, booking/cancelling/modifying reservations |
| [18] | https://docs.poly.ai/tools/classes/conv-api.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, conv.api — calling configured APIs during the call (get_booking, list_bookings, create_booking with contact_phone = conv.caller_number) |
| [19] | https://docs.poly.ai/integrations/api/introduction.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, API integrations — connecting the agent to CRM, ticketing, booking and payment systems |

| No. | Source | Description |
|---|---|---|
| [20] | https://docs.poly.ai/integrations/salesforce.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, Salesforce integration — retrieve customer records, create cases, update records during calls |
| [21] | https://docs.poly.ai/integrations/opentable.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, OpenTable integration — make_booking with caller name and phone number; U.S. default country code |
| [22] | https://docs.poly.ai/integrations/stripe.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, Stripe integration — look up charges by phone or email; confirm payment status; initiate refunds |
| [23] | https://docs.poly.ai/voice-channel/numbers/introduction.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, phone numbers — buy numbers, connect Twilio numbers or contact-center platforms over SIP; all routes reach the same agent runtime; Integrations → Telephony |
| [24] | https://docs.poly.ai/voice-channel/numbers/how-to-buy-number.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, buying a number — U.S. numbers with area-code selection; PolyAI provisions and routes the number to the agent |
| [25] | https://docs.poly.ai/voice-channel/numbers/route-management.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, route management — number-to-environment mapping; main and fallback SIP addresses per environment |
| [26] | https://docs.poly.ai/integrations/voice/pstn-forwarding.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, PSTN forwarding — callers keep dialing the client’s existing number; carrier forwards to a PolyAI number; caller ID must be passed through; U.S./Canada |

| No. | Source | Description |
|---|---|---|
| [27] | https://docs.poly.ai/integrations/voice/twilio.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, Twilio — PolyAI creates SIP trunks from the client's Twilio credentials; U.S. numbers |
| [28] | https://docs.poly.ai/api-reference/sip-trunking/connecting.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, SIP trunking — PolyAI session border controllers by region incl. sbc.sip.us.poly.ai; SIP over TLS/UDP; SRTP; static IPs; caller number in From header |
| [29] | https://docs.poly.ai/voice-channel/agent.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, voice agent settings — greeting is the first thing the agent says on answering; optional disclaimer and ringing tone before the greeting |
| [30] | https://docs.poly.ai/voice-channel/handoffs.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, handoffs — pre-transfer utterance; SIP REFER / INVITE / BYE transfer; context passed in X- SIP headers from conv.state |
| [31] | https://docs.poly.ai/tools/classes/history.md<br>Accessed Oct. 27, 2026 | PolyAI developer documentation, conv.history — limited to the current conversation (cross-call data lives in Agent Memory) |
| [32] | https://businessweekly.co.uk/posts/cambridge-university-spin-out-polyai-opens-base-in-new-york<br>Accessed Oct. 27, 2026 | Business Weekly (Feb. 23, 2023) — PolyAI opens New York base focused on U.S. clients |